**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ODIORNE, an individual, | Case No: 8:22-cv-00086-JLS-JDE |
| Plaintiff, | |
| vs. | |
| FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive | **ORDER DISMISSING CASE WITH PREJUDICE** |
| Defendants. | |

Pursuant to the parties' Joint Stipulation (Doc. 20), the entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: July 11, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE